

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MATTHEW NELSON | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0356 |
| ARGO SHIP MANAGEMENT, INC. | * | SECTION "J" |
| *  *  *  *  *  *  *  * | | MAGISTRATE: 4 |

### MOTION AND ORDER TO ENROLL

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, MATTHEW NELSON, and upon suggesting to the Court that A. Spencer Gulden has joined the law firm of Strauss and Associates; and upon further suggesting that plaintiff wishes to enroll A. Spencer Gulden as additional counsel of record in this case; and upon further suggesting that A. Spencer Gulden is in good standing with this Court; and upon further suggesting that A. Spencer Gulden should be recognized as additional counsel of record for plaintiff herein;

**WHEREFORE,** considering the premises, **IT IS ORDERED, ADJUDGED and DECREED** that A. Spencer Gulden is hereby enrolled as additional counsel of record for plaintiff in this matter.

DATE OF ENTRY

JUL 2 5 2000



1

New Orleans, Louisiana, this _____ day of _____, 2000.

_____
JUDGE

Respectfully submitted:

**STRAUSS AND ASSOCIATES**

_____
**BERNEY L. STRAUSS  #12527**
**RHETT E. KING  #23811**
**A. SPENCER GULDEN  #23110**
1001 Howard Avenue, Suite 3905
New Orleans, Louisiana 70113
Telephone: (504) 523-0033
Telecopier: (504) 525-0109

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2000, a copy of the foregoing pleading was served upon each other party to this action by hand delivery, by facsimile transmission, or by depositing same in the United States Mail, properly addressed, first class postage prepaid.

_____

2