

**MINUTE ENTRY**
**ROBY, M.J.**
**September 8, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW NELSON** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0356** |
| **ARGO SHIP MANAGEMENT INC.** | **SECTION: "J" (4)** |

A Settlement Conference was held on this date. Participating were: Ashley Spencer Gulden representing the plaintiffs and R. Scott Jenkins representing the defendants. Negotiations were unsuccessful and a settlement was not reached.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
Judge Carl J. Barbier

DATE OF ENTRY
SEP 1 1 2000

Fee_____
Process___
X Dktd___
__CtRmDep__
Doc No.__ 15