FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP -8 PM 3: 21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MATTHEW **NELSON** | * | **CIVIL ACTION** |
| | * | |
| VERSUS | * | **NO. 00-0356** |
| | * | |
| ARGO **SHIP MANAGEMENT, INC.** | * | **SECTION "J"** |
| | * | **CARL J. BARBIER, JUDGE** |
| | * | |
| | * | **MAGISTRATE 4** |
| | * | **KAREN WELLS ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

**NOW INTO COURT,** through undersigned counsel, come plaintiff, Matthew

Nelson, and defendant, Argo Ship Management, Inc. and, upon showing to the Court

that discovery is not yet complete, and upon further showing that extending the

discovery deadlines will not delay the trial of this matter, respectfully move this

Honorable Court for an order extending the discovery deadline, which is currently set

for September 11, 2000, until October 5, 2000.

N0558723 1

DATE OF ENTRY

SEP 1 2 2000



WHEREFORE, plaintiff, Mathew Nelson, and defendant, Argo Ship Management, Inc. pray that the Court issue an order extending the deadline for discovery to October 5, 2000.

Respectfully submitted,

A. SPENCER GULDEN (#00797836) *LA 23110*
Strauss and Associates
39th Floor, Plaza Towre
1001 Howard Avenue
New Orleans, Louisiana 70113
Tel: (504) 523-0033
**ATTORNEYS FOR MATTHEW NELSON**

JEFFERSON R. TILLERY (#17831)
R. SCOTT JENKINS (#23144)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
48th Floor, Bank One Center
201 St. Charles Avenue
New Orleans, LA 70170-5100
Tel: (504) 582-8000
**ATTORNEYS FOR  ARGO SHIP MANAGEMENT, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MATTHEW NELSON | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0356 |
| | * | |
| ARGO SHIP MANAGEMENT, INC. | * | SECTION "J" |
| | * | CARL J. BARBIER, JUDGE |
| | * | |
| | * | MAGISTRATE 4 |
| | * | KAREN WELLS ROBY |
| | * | |

** * * * * * * * * * * * * * * * ** *

## <u>ORDER</u>

Considering the foregoing Unopposed Motion to Extend Discovery Deadline:

**IT IS HEREBY ORDERED** that the discovery deadline be and is hereby extended

to October 5 , 2000, *provided this extension does not require a continuance of the trial.*

New Orleans, Louisiana, this _____ day of September 2000.

_____
JUDGE

N0558723 1                                    4