

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MATTHEW NELSON** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 00-0356 |
| **ARGO SHIP MANAGEMENT, INC.** | * | SECTION "J" |
| | | CARL J. BARBIER, JUDGE |
| | * | |
| | | MAGISTRATE 4 |
| | * | KAREN WELLS ROBY |

\*   \*   \*   \*   \*   \*   \*   \*

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW INTO COURT,** through undersigned counsel, comes defendant, Argo Ship Management, Inc., who respectfully requests that the pre-trial conference and trial of this matter, presently scheduled for October 10, 2000, and October 30, 2000, respectively, be continued, and that a telephone conference be set by the Court for the purpose of selecting new pre-trial conference and trial dates.

N0562292 1

DATE OF ENTRY
SEP 2 2 2000

As grounds for the requested continuance, defendant submits that the discovery necessary for preparing this case for trial, including the deposition of plaintiff, Matthew Nelson, has been delayed as a result of scheduling conflicts with counsel, as well as with Mr. Nelson, who works for long periods of time away from home.

Furthermore, as a result of the delay in scheduling the deposition of plaintiff, defendant has been delayed in gathering critical factual and medical background information pertaining to this claim.

Moreover, because the crew onboard the vessel to which plaintiff was assigned at the time of his accident are all from foreign countries or other states, the parties have had a difficult time securing their deposition testimony.

Finally, because the vessel involved in this casualty sank and was never recovered, discovery pertaining to technical issues, including the design of the vessel and the equipment onboard the vessel, has been difficult, both for the parties and their expert witnesses.

Plaintiff, Matthew Nelson, and his attorney of record do not oppose the requested continuance. Likewise, representatives of Argo Ship Management, Inc. do not oppose the requested continuance.

**WHEREFORE**, defendant, Argo Ship Management, Inc. requests that this Court continue the pre-trial conference and trial dates of October 10, 2000, and October 30,

2000, respectively, and that a telephone conference be set by the Court for the purpose of selecting new pre-trial conference and trial dates.

                                               Respectfully submitted,

                                               _____
                                               JEFFERSON R. TILLERY (#17831)
                                               R. SCOTT JENKINS (#23144)
                                               Jones, Walker, Waechter, Poitevent,
                                                  Carrère & Denègre, L.L.P.
                                               48th Floor, Bank One Center
                                               201 St. Charles Avenue
                                               New Orleans, LA 70170-5100
                                               Tel: (504) 582-8000
                                               **ATTORNEYS FOR ARGO SHIP MANAGEMENT, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been sent to opposing counsel, by placing a copy of same in the United States mail, properly addressed, postage prepaid, this _18_ day of _September_ 2000.

                                               _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MATTHEW NELSON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0356** |
| **ARGO SHIP MANAGEMENT, INC.** | * | **SECTION "J"** |
| | | **CARL J. BARBIER, JUDGE** |
| | * | |
| | | **MAGISTRATE 4** |
| | * | **KAREN WELLS ROBY** |
| * * * * * * * * | | |

## ORDER

Considering the above and foregoing Unopposed Motion to Continue Trial:

**IT IS ORDERED, ADJUDGED AND DECREED** that the pre-trial conference and trial of this matter presently scheduled for October 10, 2000 and October 30, 2000, respectively, be continued, and that a telephone conference be set for the 21st day

N0562292.1

of ~~September~~ 2000, for the purpose of selecting a new pre-trial conference and trial dates. at 10:00 a.m.

New Orleans, Louisiana, this 21st day of September 2000.

_____
UNITED STATES DISTRICT JUDGE