```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2001 JAN -8  AM 11: 19

                                      LORETTA G. WHYTE
                                           CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**January 5, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW NELSON** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0356** |
| **ARGO SHIP MANAGEMENT INC.** | **SECTION: "J" (4)** |

A Settlement Conference was held on January 4, 2001. Participating were: Ashley Spencer Gulden representing the plaintiff and R. Scott Jenkins representing the defendant.

The parties were unable to reach a settlement. However, negotiations are ongoing.

**IT IS ORDERED** that another **Settlement Conference by Phone** is set before Magistrate Judge Roby on **January 12, 2001, at 1:30 p.m.** The parties are to initiate the call.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN - 8 2001

Fee_____
Process____
X  Dktd____
   CtRmDep____
   Doc.No.____