```
                FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

         2001 JAN 22  AM 10: 41

          LORETTA G. WHYTE
                CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**January 19, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW NELSON** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0356** |
| **ARGO SHIP MANAGEMENT INC.** | **SECTION: "J" (4)** |

A Settlement Conference by telephone was held on this date. Participating were: Ashley Spencer Gulden representing the plaintiffs and R. Scott Jenkins representing the defendants. Negotiations were successful and a settlement was reached.

The District Judge's staff has been notified to enter a 60-day Order of Dismissal

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Judge Carl J. Barbier**

```
DATE OF ENTRY
JAN 2 2 2001
```

```
___Fee_____
___Process__
 X_Dktd_____
 ✓_CtRmDep__
   Doc.No.__22
```